# Maples & Fontenot, LLP

**P. O. Box 1281**
**Mobile, AL  36633**
**-  INVOICE  -**

*Invoice submitted to:*

**Lynn Weiss**

February 08, 2008

In Reference To:  Debtor in Possession - Chapter 11

Invoice #  13142

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Time** |  |  |  |
| 6/20/2007 | Review and revise application to employ and proposed order; review additional requirements. | 0.40<br>225.00/hr | 90.00 |
|  | Telephone conference Bergman regarding IRS issues. | 0.20<br>225.00/hr | 45.00 |
| 6/21/2007 | Conference with Bergman regarding financial information for IRS. | 0.20<br>225.00/hr | 45.00 |
| 6/25/2007 | Telephone conference Jerry regarding Friday contact with IRS. | 0.20<br>225.00/hr | 45.00 |
|  | Telephone conference Jerry regarding pro forma and email to Jerry regarding banking requirements of operating order. | 0.30<br>225.00/hr | 67.50 |
| 6/26/2007 | Review email from Bergman and draft of letter to IRS. | 0.20<br>225.00/hr | 45.00 |
| 6/27/2007 | Telephone conference Bergman regarding BA meeting requirements. | 0.20<br>225.00/hr | 45.00 |
|  | Conference with Bergman regarding BA requirements and pro forma | 0.30<br>225.00/hr | 67.50 |
| 6/28/2007 | Prepare for meeting and attend meeting with bankruptcy administrator. | 1.30<br>225.00/hr | 292.50 |

Lynn Weiss

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/17/2007 | Prepare amended insurance notice; conference with Weiss; review proposed BA-1 and BA-2. | 1.40 225.00/hr | 315.00 |
| | Attend 341 meeting. | 1.10 225.00/hr | 247.50 |
| | Telephone conference with Speegle and telephone conference with IRS agent; review Compass documents. | 0.90 225.00/hr | 202.50 |
| | Prepare BA-3. | 0.30 55.00/hr | 16.50 |
| 7/18/2007 | Receive and review monthly and quarterly reports. | 0.20 225.00/hr | 45.00 |
| 7/24/2007 | Draft and send e-mail to attorney for bank. | 0.30 225.00/hr | 67.50 |
| | Telephone conferences with Bergman. | 0.20 225.00/hr | 45.00 |
| 7/25/2007 | Telephone conference with Boyett regarding Chapter 11 issues and e-mail to Bergman regarding Orchard facility | 0.40 225.00/hr | 90.00 |
| 7/30/2007 | Telephone conference with Bergman regarding creditor issues and proposed meeting. | 0.20 225.00/hr | 45.00 |
| 8/8/2007 | Telephone conference with Bergman regarding proposed meeting. | 0.20 225.00/hr | 45.00 |
| 8/9/2007 | Review BankTrust motion and telephone conference with Jerry Speegle. | 0.30 225.00/hr | 67.50 |
| | Telephone conference with Speegle regarding recoupment and relief from stay issues. | 0.20 225.00/hr | 45.00 |
| 8/10/2007 | Review proposals and motion for relief. | 0.30 225.00/hr | 67.50 |
| | Conference with Weiss and Bergman; telephone conference with Boyett regarding lease payment. | 0.80 225.00/hr | 180.00 |
| 8/13/2007 | Telephone call to Weiss and attorney for Banktrust re:  adequate protection | 0.70 225.00/hr | 157.50 |
| | Telephone call with Bergman re:  company payments | 0.30 225.00/hr | 67.50 |
| 8/14/2007 | Adjourned 341 meeting | 1.00 225.00/hr | 225.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 8/17/2007 Telephone conference with Bergman and email to Callaway regarding proposed adequate protection agreement. | 0.30 225.00/hr | 67.50 |
| Telephone conference with Blitz (attorney for Ives, Capilouto and Bern) | 0.20 225.00/hr | 45.00 |
| Telephone conference with Corner (creditor) regarding payment and collateral issues. | 0.30 225.00/hr | 67.50 |
| 8/20/2007 Meet with Weiss and Bergsnan re:  amendment to schedules | 0.60 225.00/hr | 135.00 |
| Draft amendment to schedules | 0.50 225.00/hr | 112.50 |
| 8/21/2007 To Court for hearing on BankTrust motion; conference with Callaway; conference with Bedsole. | 0.40 225.00/hr | 90.00 |
| Telephone conference with Weiss regarding income and new creditors. | 0.10 225.00/hr | 22.50 |
| Telephone conference with Bergman and coordinate preparation and filing of amendments. | 0.40 225.00/hr | 90.00 |
| Attend adjourned 341 meeting. | 0.70 225.00/hr | 157.50 |
| Telephone conference with Bergman regarding tax issues and general concerns | 0.20 225.00/hr | 45.00 |
| Review Compass motion and make suggested revisions. | 0.20 225.00/hr | 45.00 |
| 8/29/2007 Telephone call to Doyle re:  Navigator credit union. | 0.20 225.00/hr | 45.00 |
| Telephone call to Speegle and Bergman re:  Compass Bank issues. | 0.30 225.00/hr | 67.50 |
| Telephone call to Doyle re:  Navigator and insurance issues | 0.20 225.00/hr | 45.00 |
| 8/30/2007 Review and revise Compass Bank concent order | 0.50 225.00/hr | 112.50 |
| 9/19/2007 Review proposed revised BA-1 and compare | 0.30 225.00/hr | 67.50 |
| Telephone call with Bedsole and Bergman re:  BA-1 requirements.  Telephone call Bergman re:  progress and listing of property with a broker. | 0.30 225.00/hr | 67.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/25/2007 | To court for hearing on adequate protection - navigator | 0.50<br>225.00/hr | 112.50 |
| | Review proposed order and telephone call with Bergman re:  navigator. | 0.30<br>225.00/hr | 67.50 |
| | Review proposed brokerage agreement. | 0.60<br>225.00/hr | 135.00 |
| 9/27/2007 | EMails to and from Speegle and Bergman re:  compass and domiciliary | 0.70<br>225.00/hr | 157.50 |
| 9/28/2007 | Review emails from Bergman | 0.40<br>225.00/hr | 90.00 |
| 10/10/2007 | Review letter from Mercedes, review proposed reports, Telephone call with Bergman re:  operations and financial concerns. | 0.30<br>225.00/hr | 67.50 |
| 10/15/2007 | Prepare BA-3 form for Quarter ending September 30, 2007. | 0.30<br>55.00/hr | 16.50 |
| 10/16/2007 | Review reports for meeting | 0.20<br>225.00/hr | 45.00 |
| | Conference with Weiss and bankruptcy administrator | 1.00<br>225.00/hr | 225.00 |
| 10/19/2007 | Receipt and review of correspondence from B. A. office | 0.10<br>225.00/hr | 22.50 |
| 10/29/2007 | Telephone call with Bergman and telephone call with attorney re avelo RFS issues and hearing | 0.50<br>225.00/hr | 112.50 |
| 10/30/2007 | To court for hearing on avelo relief from stay | 0.30<br>225.00/hr | 67.50 |
| 10/31/2007 | Telephone Call with Bergman and telephone call with Bedsole re:  Need to reschedule visit. | 0.30<br>225.00/hr | 67.50 |
| | Telephone call with Bergman re:  prospect; review avelo affidavit. | 0.20<br>225.00/hr | 45.00 |
| 11/12/2007 | Telephone call with Bergman re:  operations and sale prospects | 0.40<br>225.00/hr | 90.00 |
| 11/13/2007 | To court for hearing on avelo motion for rfs - continued to  12-04 | 0.50<br>225.00/hr | 112.50 |
| 12/3/2007 | Review message from Bergman and telephone call with attorney for Mercedes | 0.20<br>225.00/hr | 45.00 |

Lynn Weiss

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/2007 | Telephone call with Bergman re: payment | 0.10<br>225.00/hr | 22.50 |
| | Receive and review email from attorney for Meyrcedes with proposed order of conditional denial | 0.20<br>225.00/hr | 45.00 |
| 12/4/2007 | To court re: hearing on avelo motion and announcement re: mercedes motion; cw and negotiate conditional denial order for avelo. | 1.20<br>225.00/hr | 270.00 |
| | Copy, save, and email proposed mercedes order to Bergmann; telephone call with Bergmann re: mercedes order and avelo order to follow | 0.50<br>225.00/hr | 112.50 |
| 12/5/2007 | Telephone call with Weiss and telephone call with Bergman re: IRS and prospective purchasers | 0.30<br>225.00/hr | 67.50 |
| 12/6/2007 | Review letter from Turnipseed | 0.20<br>225.00/hr | 45.00 |
| | Telephone call with Turnipseed; telephone call with Weiss; telephone call with Turnipseed office re: meeting | 0.90<br>225.00/hr | 202.50 |
| 12/7/2007 | Review files to prepare for meeting | 0.80<br>225.00/hr | 180.00 |
| | To meeting with Weiss and Bergman; then to meeting with Weiss, Bergman, and Turnipseed | 4.50<br>225.00/hr | 1,012.50 |
| 12/11/2007 | Draft purchase agreement for midtown | 2.90<br>225.00/hr | 652.50 |
| 12/12/2007 | Review and revise purchase agreement and telephone call with Bergman | 1.40<br>225.00/hr | 315.00 |
| 12/13/2007 | Telephone call with Bergman, revise agreement | 0.50<br>225.00/hr | 112.50 |
| 12/17/2007 | Telephone call with Bergman re: tax return, midtown and other matters | 0.20<br>225.00/hr | 45.00 |
| 12/21/2007 | Telephone call with Bergmen; telephone call with Speegle and Bergman re: sale and foreclosure concerns and issues | 0.60<br>225.00/hr | 135.00 |
| | SUBTOTAL: | [ 46.90 | 10,450.50] |
| | For professional services rendered | 46.90 | $10,450.50 |

Additional Charges :

                                                                                          Amount

Expense

8/21/2007 Filing fee for filling with Bankruptcy Court of Schedule D.                      26.00

            SUBTOTAL:                                                                   [      26.00]

            Total costs                                                                       $26.00

            Total amount of this bill                                                     $10,476.50

            Balance due                                                                   $10,476.50