|            |                                                                                                                      | Hrs/Rate        | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 7/3/2007   | Telephone conference Bergman regarding stipulation items due 7-05; review petition and draft notice of amendment.    | 0.60 225.00/hr  | 135.00 |
|            | Telephone conference Bergman regarding Compass Bank and reports.                                                     | 0.30 225.00/hr  | 67.50  |
|            | Telephone call to Bergman; telephone call to Bedsole regarding tax extension and report of salary and benefits.      | 0.60 225.00/hr  | 135.00 |
|            | Review and revise notice of insurance and coordinate.                                                                | 0.20 225.00/hr  | 45.00  |
| 7/5/2007   | Review email and telephone conference Bergman.                                                                       | 0.20 225.00/hr  | 45.00  |
|            | Legal research regarding collateral and adequate protection issues.                                                  | 1.00 225.00/hr  | 225.00 |
| 7/10/2007  | Review revised pro formas and telephone conference Bergman regarding meeting.                                        | 0.20 225.00/hr  | 45.00  |
|            | Email to Jerry Speegle.                                                                                              | 0.10 225.00/hr  | 22.50  |
|            | Meet with Weiss and Bergman to review pro formas and discuss payment prospects.                                      | 1.30 225.00/hr  | 292.50 |
|            | Telephone conference Speegle regarding payment prospects.                                                            | 0.20 225.00/hr  | 45.00  |
| 7/11/2007  | Telephone call to Bergman.                                                                                           | 0.10 225.00/hr  | 22.50  |
| 7/12/2007  | Draft letter to Jerry Speegle                                                                                        | 0.50 225.00/hr  | 112.50 |
|            | Review and revise letter to Speegle re: adequate protection issues                                                   | 0.30 225.00/hr  | 67.50  |
|            | Telephone call with Bergman re: Compass Bank                                                                         | 0.20 225.00/hr  | 45.00  |
| 7/16/2007  | Conference with Bergman regarding tax, insurance and banking issues.                                                 | 0.40 225.00/hr  | 90.00  |
| 7/17/2007  | Prepare amended insurance notice; conference with Weiss; review proposed BA-1 and BA-2.                              | 1.40 225.00/hr  | 315.00 |
|            | Attend 341 meeting.                                                                                                  | 1.10 225.00/hr  | 247.50 |