# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
### BA-1 FORM - FILE MONTHLY WITH THE CLERK OF COURT

**File with the Court a photocopy of bank statements for each bank account and photocopies of each check in the amount of $5,000 or more, electronically under docket entry entitled "Bank Statements & Checks" in CM/ECF. (Can only be viewed by court personnel)**

In Re: _Bonnie Lynn Weiss_     Case No. _07-11627_

**STATEMENT OF AFFIRMATIONS FOR MONTH ENDING** _August 2009_

As the responsible party for the Debtor-in-Possession, I hereby affirm

1. That all post petition taxes as described in paragraph C of the Order requiring this form, are currently paid or deposited;
2. That the insurance, as described in paragraph E of the Order requiring this form, is currently in force;
3. That new books and records were opened and are being maintained monthly and are all current;
4. That new bank accounts were opened as "Chapter 11 Debtor-In Possession" accounts and are currently balanced;
5. That I have otherwise complied with all requirements of the above mentioned Order; and
6. That at the present time, it is my judgment and belief that the assets of this debtor could be liquidated for $ _1.5 Million_ .

Pursuant to the E-Government Act Privacy Requirements, the Debtor-in-Possession bank statements and cancelled checks will be filed electronically with the Court under a private docket entry and cannot be viewed on CM/ECF. Copies can be requested from the Debtor-in-Possession.

**I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THE INFORMATION CONTAINED ON THESE 3 PAGES IS TRUE AND CORRECT.**

DATE _9/14/09_

_Lonnie L Mixon_     (Signature)

_Lonnie L. Mixon_     (Type Name)

**Responsible Party**
_Trustee_     (Title)

_P.O. Box 1467_     (Address)

_Fairhope, AL 36533_     (City, State)

_251/929-2493_     (Telephone )

www.alsba.uscourts.gov

BA-1 FORM (3 PAGES)     **PAGE -1-**
Rev. 5-05

IN RE: _Bonnie Lynn Weiss_     CASE NO. _07-11627_

**FINANCIAL REPORT FOR MONTH ENDING** _August 2009_

## CASH RECEIPTS & DISBURSEMENTS

**A)**   **CASH ON HAND**    **(START OF PERIOD)**     A _384.76_

**B)**   **RECEIPTS:**    (Itemize by major category)    *(Transfer from line G from last report)*

    _____   $_____

    _____    _____

    _____    _____

**C)**    **TOTAL RECEIPTS:**    **(SUM B)**    C _0_

**D)**   **DISBURSEMENTS:**

    _____   $_____

    _____    _____

    _____    _____

**E)**    **TOTAL DISBURSEMENTS: (SUM D)**    E _366.14_

**F)**   **SURPLUS/DEFICIT:**    **(C-E)**    F _18.62_

**G)**   **CASH ON HAND:   (END OF PERIOD)   (A+F)**    G _18.62_

*(Transfer to line A on next report)*

## PROFIT & LOSS STATEMENT

**1)**   **NET SALES**    (Total Sales for Period)    $_____

**2)**   **COST OF SALES**    (Cost of Materials, labor, etc.)    $_____

**3)**   **GROSS PROFITS**    (1-2)    $_____

**4)**   **OPERATING, RECURRING EXPENSES**    (Overhead, etc)    $_____

**5)**   **INCOME/(LOSS)**   (from operations)   (3-4)    $_____

**6)**   **NON-OPERATING, NON-RECURRING EXPENSES**    $_____

**7)**   **NET INCOME (LOSS)**   (5-6)    $_____

**8)**   **COST OF INVENTORY ACQUIRED THIS MONTH**    $_____

BA-1 FORM (3 PAGES)      PAGE -2-
Rev. 5-05
Case 07-11627    Doc 267    Filed 09/13/09    Entered 09/13/09 19:39:19    Desc Main
Document     Page 2 of 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-11627 -MAM |
| Case Name: | WEISS, BONNY LYNN |
| | |
| Taxpayer ID No: | *******5693 |
| For Period Ending: | 09/11/09 |

| | |
|---|---|
| Trustee Name: | LONNIE MIXON |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6320  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| 09/11/09 | | Bonnie Lynn Weis | BALANCE FORWARD FUNDS FROM DEBTOR Ck#1407 dated 9/7/09 for $18.62; Funds from Debtor. | 1149-000 | 18.62 | | 18.62 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 18.62 | 0.00 | 18.62 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 18.62 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 18.62 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******6320 | 18.62 | 0.00 | 18.62 |
| | 18.62 | 0.00 | 18.62 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

I, Lonnie L  Mixon certify the transactions on this statement (Form 2) to be accurate and accountable for the reporting period.

/s/    LONNIE MIXON

Trustee's Signature: _____    Date: 09/11/09
LONNIE MIXON

| | |
|---|---|
| Page Subtotals | 18.62        0 00 |

Ver: 15.00

LFORM24